JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR-STAR REBAR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>POWERS STEEL & WIRE PRODUCTS, INC., an Arizona Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>POWERS STEEL & WIRE PRODUCTS, INC., an Arizona Corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>FOUR-STAR REBAR, INC., GUY YOCOM CONSTRUCTION, INC., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Counter-Defendants. | Case No. 2:19-CV-01656-RSWL(AGRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the foregoing stipulation (ECF No. 58), it is HEREBY ORDERED that this entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: April 2, 2021

                                                           **/S/ RONALD S.W. LEW**
                                                           Hon. Ronald S.W. Lew
                                                           United States District Judge